IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BUDDY LYNN WHITE                                                                             PLAINTIFF

v.                                                  Case No. 6:22-cv-6037

SERGEANT SPELL, SUPERINTENDENT
BYERS, and MS. VICKY RAWLINS (all of
the ADC Arkansas Division of Correction
Ouachita River Unit)                                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on May 2, 2023, by the Honorable Mark. E. Ford, United States Magistrate Judge for the Western District of Arkansas.[1] ECF No. 53.  Neither party has objected, and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1).  Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*.

Accordingly, Defendants Superintendent Byers and Ms. Vicky Rawlins' Motion for Summary Judgment (ECF No. 40) is hereby **DENIED**.

**IT IS SO ORDERED**, this 6th day of June, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] This matter was initially assigned to the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  However, on March 20, 2023, the matter was reassigned to Judge Ford.