IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BUDDY LYNN WHITE                                                                                        PLAINTIFF

v.                                             Case No. 6:22-cv-06037

SERGEANT SPELL,
SUPERINTENDENT BYERS and
MS. VICKY RAWLINS (Inmate Grievance
Coordinator) (All of the Arkansas Division of
Correction Ouachita River Unit)                                                                       DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 72. Judge Ford recommends that Defendant Byers and Defendant Rawlins' Motion for Judgment on the Pleadings (ECF No. 64) be granted in part and denied in part.

No party has filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 72) *in toto*. Defendant Byers and Defendant Rawlins' Motion for Judgment on the Pleadings (ECF No. 64) is hereby **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's official capacity claims against Defendant Byers and Defendant Rawlins are hereby **DISMISSED**. Plaintiff's individual capacity claims against Defendant Byers and Defendant Rawlins shall remain.

**IT IS SO ORDERED**, this 24th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge