IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BUDDY LYNN WHITE                                                                                      PLAINTIFF

v.                                            Case No. 6:22-cv-06037

SERGEANT SPELL, Ouachita River
Correctional Unit ("ORCU") of the
Arkansas Division of Correction;
SUPERINTENDENT BYERS, ORCU;
and MS. VICKY RAWELINS, Inmate
Grievance Coordinator, ORCU                                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 31, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 101). Judge Ford recommends that a default judgment be entered in favor of Plaintiff against Separate Defendant Sergeant Spell, in his individual capacity, for compensatory damages in the amount of $10,000.00, for punitive damages in the amount of $10,000.00, and for Plaintiff's court costs due for this case.[1] (ECF No. 101, at 5).

No party has responded and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 101) *in toto*. Accordingly, the Court finds that Plaintiff's Motion for Default Judgment (ECF No. 95) should be and hereby is **GRANTED**.[2] Default judgement is entered in favor of Plaintiff against Separate Defendant

---

[1] The Court notes that on January 23, 2025, Judge Ford held a hearing on the Motion for Entry of Default. (ECF No. 100).

[2] The Court—as did the Report and Recommendation—construes the pending Motion for Entry of Default (ECF No. 95) as a Motion for Default Judgment because Entry of Default has already been entered in this case against Separate Defendant Sergeant Spell. (ECF No. 46; ECF No. 51; ECF No. 52).

Sergeant Spell, in his individual capacity, for compensatory damages in the amount of $10,000.00, for punitive damages in the amount of $10,000.00, and for Plaintiff's costs associated with this case.

  **IT IS SO ORDERED**, this 12th day of May, 2025.

/s/ Susan O. Hickey<br>
Susan O. Hickey<br>
Chief United States District Judge